IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE ) | |
| COUNCIL, INC., et al., ) | |
| ) | |
| v. ) | No. 3:08-0229 |
| ) | |
| COUNTY OF DICKSON, TENNESSEE, ) | |
| et al., ) | |

ORDER

Pending before the Court are the Defendants ALP Lighting And Ceiling Products, Inc., Nemak USA, Inc., And Interstate Packaging Company ("Non-Governmental Defendants) Joint Motion To Dismiss (Docket No. 232) and Plaintiffs' Motion For Oral Argument On Defendants' Motion (Docket No. 245).

For the reasons set forth in the accompanying Memorandum, the Motion To Dismiss is DENIED. As the Court finds oral argument unnecessary, the Plaintiffs' Motion For Oral Argument is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE